UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Nissan Motor Acceptance Corporation,
servicer for Nissan-Infiniti, Lt
Our File No.: 43444
JM-5630

**Order Filed on January 12,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Nijazi Leka
Nexhmie Leka

| | |
|---|---|
| Case No.: | 16-30221 |
| Hearing Date: | 1-11-2017 |
| Judge: | SLM |
| Chapter: | 13 |

---

Recommended Local Form:    ☑ Followed    ☐ Modified

---

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____NMAC, servicer for Nissan-Infiniti, Lt_____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated

to permit the movant to pursue the movant's rights in the personal property described below to the extent

and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏      Real property more fully described as:

☑      Personal property more fully described as:

    2014 Nissan Maxima
    Vehicle Identification Number
    1N4AA5AP8EC443146

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30221-SLM
Nijazi Leka                                                         Chapter 13
Nexhmie Leka
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jan 13, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb        +Nijazi Leka,    Nexhmie Leka,    346 Changebridge Road,    Pine Brook, NJ 07058-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
           for HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities,
           Inc. Mortgage Loan Trust, Series 2005-6 nj_ecf_notices@buckleymadole.com
          Herbert B. Raymond   on behalf of Joint Debtor Nexhmie  Leka bankruptcyl123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Herbert B. Raymond   on behalf of Debtor Nijazi  Leka bankruptcyl123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Janine A. Getler   on behalf of Creditor   Community Bank of Bergen County NJ jgetler@ggpclaw.com,
           probinson@ggpclaw.com
          John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Marie-Ann  Greenberg  magecf@magtrustee.com
                                                                                    TOTAL: 7