UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin L. de
Lyon
Attorneys for the Debtor(s)

**Order Filed on November 4,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

NIJAZI LEKA
NEXHMIE LEKA,  DEBTOR(S)

Case No.: 16-30221 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is
hereby ORDERED.

**DATED: November 4, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Nijazi and Nexhmie Leka,  Debtor(s)

Case no.:  16-30221 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$250.00** for services rendered and expenses in the amount N/A   for a total of **$250.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.


This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.