| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Order Filed on December 19, 2019<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NIJAZI LEKA<br>NEXHMIE LEKA, DEBTOR(S) | Case No:  16-30221 SLM<br><br>Chapter:  13<br><br>Hearing Date:  12/11/19 @10:00<br><br>Judge:  STACEY MEISEL |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER** (specify) _____

Recommended Local Form:     ☒ Followed     ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 19, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 346 Changebridge Rd., Pine Brook, NJ 07058

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Community Bank of Bergen County
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: June 29, 2007
   e. Date of Recordation: July 9, 2007
   f. Place of Recordation: Morris County
      i. Mortgage Book: 20862
      ii. Page: 742
   g. Original Principal Balance of Mortgage/Lien: $ 100,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*