**Information to identify the case:**

| | |
|---|---|
| Debtor 1: Nijazi Leka<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5851<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2: Nexhmie Leka<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7996<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  16–30221–SLM

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nijazi Leka                                      Nexhmie Leka

1/7/20                                           **By the court:** Stacey L. Meisel
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                         Case No. 16-30221-SLM
Nijazi Leka                                                    Chapter 13
Nexhmie Leka
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 4             Date Rcvd: Jan 07, 2020
                             Form ID: 3180W           Total Noticed: 112


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db/jdb         +Nijazi Leka,    Nexhmie Leka,    346 Changebridge Road,    Pine Brook, NJ 07058-9714
cr             +Community Bank of Bergen County NJ,    18 Railroad Avenue,    Rochelle Park, NJ 07662,
                 UNITED STATES 07662-4105
cr             +HYUNDAI LEASE TITLING TRUST,    P.O. Box 961245,    Ft. Worth, TX 76161-0244
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                 UNITED STATES 75266-0366
cr             +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516459014      +Alicia Carter, MD,    315 Madison Avenue, Ste. 1200,    New York, NY 10017-5441
516459018      +America's Servicing Company,    Attn: Phelan, Hallinan & Schmieg, PC,
                 400 Fellowship Rd., Ste. 100,    Mount Laurel, NJ 08054-3437
516459015       America's Servicing Company,    PO Box 4392,    Woburn, MA 01888
516459019      +Arjan Leka,    346 Changebridge Rd.,    Pine Brook, NJ 07058-9714
516459020      +Behar Leka,    346 Changebridge Rd.,    Pine Brook, NJ 07058-9714
516459021      +Berman and Rabin, PA,    15280 Metcalf Avenue,    Overland Park, KS 66223-2811
516459025       Capital One,    Attn: Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
516459028       Capital One,    PO Box 710556,    Richmond, VA 23280
516459029      +Capital One,    Attn: The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507
516459030      +Cbna,    PO Box 6199,    Sioux Falls, SD 57117-6199
516459031       Christopher Vele, DMD,    44 Orchard Street,    Dover, NJ 07801-4586
516459036      +Community Bank of Bergen County,    18 Railroad Avenue,    Rochelle Park, NJ 07662-4105
516459038      +Community Bank of Bergen County,    Attn: Lone Eagle Management,    PO Box 1235,
                 Madison, NJ 07940-8235
516459037       Community Bank of Bergen County,    PO Box 7128,    Rochelle Park, NJ 07662-7128
516459039      +Community Bank of Bergen County,    Attn: Getler & Gomes, PC,    Two Executive Blvd., Ste. 305,
                 Suffern, NY 10901-8219
516609145      +Community Bank of Bergen County, NJ,    18 Railroad Avenue,    Rochelle Park, NJ 07662-4105
516459040       Convergent Outsourcing,    PO Box 1022,    Wixom, MI 48393-1022
516459044      +Credit Control, LLC,    PO Box 100,    Hazelwood, MO 63042-0100
516459046      +Credit One Bank,    Attn: Lvnv Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
516459048       Ditech,    PO Box 6176,    Rapid City, SD 57709-6176
516459047       Ditech,    PO Box 7619,    Pasadena, CA 91109-7169
516459049      +Ditech Financial, LLC,    1100 Virginia Dr #100a,    Fort Washington, PA 19034-3277
516459052      +Elizabethtown Gas,    PO Box 7242,    North Brunswick, NJ 08902-7242
516459050       Elizabethtown Gas,    PO Box 1450,    Elizabeth, NJ 07207-1450
516459054       Elizabethtown Gas,    PO Box 1560,    Elizabeth, NJ 07207-1450
516459056      +Elizabethtown Gas,    Attn: Rickart Collection Systems, Inc.,    575 Milltown Rd., PO Box 7242,
                 North Brunswick, NJ 08902-7242
516459060       Gettington Revolving Account,    6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
516459063      +Hyndai Motor Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
516459062      +Hyndai Motor Finance,    PO Box 7247 - 0332,    Philadelphia, PA 19170-0001
516459066      +JCPL,    PO Box 188,    Allenhurst, NJ 07711-0188
516459069       JCPL,    Attn: LJ Ross Associates, Inc.,    PO Box 6099,    Jackson, MI 49204-6099
516459068     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court: JCPL,    300 Madison Avenue,    Morristown, NJ 07960)
516459072      +Jersey Central Power & Light,    P0 Box 188,    Allenhurst, NJ 07711-0188
516459073      +Jersey Central Power & Light,    P0 Box 16001,    Reading, PA 19612-6001
516459074      +Lone Eagle Management,    17 Hanover Rd.,    Florham Park, NJ 07932-1411
516459078       National Enterprise Systems,    PO Box 1022,    Wixom, MI 48393-1022
516459079      +Netcong Borough,    23 Maple Avenue,    Netcong, NJ 07857-1121
516459080      +Netcong Borough,    23 Netcong Avenue,    Netcong, NJ 07857-1723
516459081      +Nijazi Leka,    10 Red Robin Way,    Flemington, NJ 08822-4907
516473403       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
516459082      +Nissan Motor,    PO Box 660360,    Dallas, TX 75266-0360
516459084      +Old Navy,    Attn: National Enterprise Systems,    2479 Edison Blvd., Unit A,
                 Twinsburg, OH 44087-2476
516459085      +Parsippany Family Dental, PA,    758 Route 46,    Parsippany, NJ 07054-3401
516459086      +Paypal Bank,    Attn: Simm Associates, Inc.,    800 Pencader Drive,    Newark, DE 19702-3354
516459089      +Raritan Valley Garbage,    1200 North Irving Street,    Allentown, PA 18109-3321
516459090      +Raritan Valley Garbage,    9 Frontage Rd.,    Clinton, NJ 08809-1293
516459092      +Shpresa Leka,    346 Changebridge Rd.,    Pine Brook, NJ 07058-9714
516459097       Stonleigh Recovery Associates, LLC,    PO Box 1118,    Charlotte, NC 28201-1118
516459096       Stonleigh Recovery Associates, LLC,    PO Box 1479,    Lombard, IL 60148-8479
516459103      +T-Mobile,    Attn: Convergent Outsourcing,    800 SW 39th Street, PO Box 9004,
                 Renton, WA 98057-9004
516459106      +Trojan Professional Services,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549
516459108       Vincent Lanteri, MD,    255 West Spring Valley Rd., Ste. 101,    Maywood, NJ 07607-1444
516459109       Vincent Lanteri, MD,    PO Box 95000,    Philadelphia, PA 19195-4480
516459110       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
```

```
District/off: 0312-2                  User: admin                     Page 2 of 4                       Date Rcvd: Jan 07, 2020
                                      Form ID: 3180W                  Total Noticed: 112


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jan 07 2020 23:33:45       U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 07 2020 23:33:43       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516459017        +EDI: WFFC.COM Jan 08 2020 04:03:00      America's Servicing Company,   7495 New Horizon Way,
                  Frederick, MD 21703-8388
516459016        +EDI: WFFC.COM Jan 08 2020 04:03:00      America's Servicing Company,   7495 New Horizon Way,
                  X3902-02B,    Frederick, MD 21703-8388
516483493         EDI: AIS.COM Jan 08 2020 04:03:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
516459022         EDI: WFFC.COM Jan 08 2020 04:03:00      Bob's Discount Furniture,   Cscl Dispute Team,
                  Des Moines, IA 50306
516657823        +EDI: PRA.COM Jan 08 2020 04:03:00      Bureaus Investment Group Portfolio No 15 LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
516459026         EDI: CAPITALONE.COM Jan 08 2020 04:03:00      Capital One,   PO Box 85015,
                  Richmond, VA 23285-5015
516459027        +EDI: CAPITALONE.COM Jan 08 2020 04:03:00      Capital One,   PO Box 26074,
                  Richmond, VA 23260-6074
516459023        +EDI: CAPITALONE.COM Jan 08 2020 04:03:00      Capital One,   PO Box 85617,
                  Richmond, VA 23285-5617
516459024         EDI: CAPITALONE.COM Jan 08 2020 04:03:00      Capital One,   PO Box 71083,
                  Charlotte, NC 28272-1083
516459033        +EDI: COMCASTBLCENT Jan 08 2020 04:03:00      Comcast,   PO Box 13565,
                  Philadelphia, PA 19101-3565
516459032         EDI: COMCASTBLCENT Jan 08 2020 04:03:00      Comcast,   PO Box 27505,   Newark, NJ 07101
516459034         EDI: WFNNB.COM Jan 08 2020 04:03:00      Comenity Bank,   PO Box 182273,
                  Jeffersonville, OH 43128-2273
516459035        +EDI: WFNNB.COM Jan 08 2020 04:03:00      Comenity Bank,   Attn: Credit Control, LLC,
                  5757 Phantom Drive, Ste. 350,   Hazelwood, MO 63042-2429
516681971        +EDI: WFNNB.COM Jan 08 2020 04:03:00      Comenity Capital Bank/Paypal Credit,
                  c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516459041        +EDI: CONVERGENT.COM Jan 08 2020 04:03:00      Convergent Outsourcing,
                  10750 Hammerly Blvd., #200,   Houston, TX 77043-2317
516459042        +EDI: CCS.COM Jan 08 2020 04:03:00      Credit Collection Services,   PO Box 447,
                  Norwood, MA 02062-0447
516459043        +E-mail/Text: kzoepfel@credit-control.com Jan 07 2020 23:33:46       Credit Control, LLC,
                  5757 Phantom Drive, Ste. 330,   Hazelwood, MO 63042-2429
516459045        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 07 2020 23:34:59       Credit One Bank,
                  PO Box 60500,   City Of Industry, CA 91716-0500
516683952         E-mail/Text: bankruptcy.bnc@ditech.com Jan 07 2020 23:33:22
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516459055        +E-mail/Text: g2sogasbnkr@southernco.com Jan 07 2020 23:32:45       Elizabethtown Gas,
                  PO Box 4569,   Atlanta, GA 30302-4569
516459057        +EDI: JEFFERSONCAP.COM Jan 08 2020 04:03:00      Fingerhut,
                  Attn: Jefferson Capital Systems, LLC,    PO Box 17210,   Golden, CO 80402-6020
516459057        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 07 2020 23:33:58       Fingerhut,
                  Attn: Jefferson Capital Systems, LLC,    PO Box 17210,   Golden, CO 80402-6020
516459058         EDI: AMINFOFP.COM Jan 08 2020 04:03:00      First Premeir Bank,   PO Box 5519,
                  Sioux Falls, SD 57117-5519
516459061         EDI: CBS7AVE Jan 08 2020 04:03:00      Ginny's,   1112 7th Avenue,   Monroe, WI 53566-1364
516522304        +EDI: CBS7AVE Jan 08 2020 04:03:00      Ginny's,   c/o Creditors Bankruptcy Service,
                  P.O. Box 800849,   Dallas, TX 75380-0849
516680054        +EDI: HY11.COM Jan 08 2020 04:03:00      Hyundai Lease Titling Trust,   PO Box 20809,
                  Fountain Valley, CA 92728-0809
516459070         EDI: JEFFERSONCAP.COM Jan 08 2020 04:03:00      Jefferson Capital,   PO Box 23051,
                  Columbus, GA 31902
516459070         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 07 2020 23:33:58       Jefferson Capital,
                  PO Box 23051,   Columbus, GA 31902
516655181         EDI: JEFFERSONCAP.COM Jan 08 2020 04:03:00      Jefferson Capital Systems LLC,   Po Box 7999,
                  Saint Cloud Mn 56302-9617
516655181         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 07 2020 23:33:58       Jefferson Capital Systems LLC,
                  Po Box 7999,   Saint Cloud Mn 56302-9617
516459071         EDI: JEFFERSONCAP.COM Jan 08 2020 04:03:00      Jefferson Capital Systems, LLC,
                  16 McLeland Road,   Saint Cloud, MN 56303
516459071         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 07 2020 23:33:58       Jefferson Capital Systems, LLC,
                  16 McLeland Road,   Saint Cloud, MN 56303
516584689         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2020 23:35:30
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
516459075         EDI: MAYSTORES.COM Jan 08 2020 04:03:00      Lord and Taylor,   PO Box 94873,
                  Cleveland, OH 44101-4873
516624136        +EDI: MID8.COM Jan 08 2020 04:03:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                  WARREN, MI 48090-2011
```

```
District/off: 0312-2          User: admin                Page 3 of 4                  Date Rcvd: Jan 07, 2020
                              Form ID: 3180W             Total Noticed: 112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516459076        +EDI: MID8.COM Jan 08 2020 04:03:00      Midland Credit Management,
                  2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
516459088         EDI: PRA.COM Jan 08 2020 04:03:00      Portfolio Recovery,   120 Corporate Blvd.,
                  Norfolk, VA 23502
516459087         EDI: PRA.COM Jan 08 2020 04:03:00      Portfolio Recovery,   120 Corporate Blvd., Ste. 1,
                  Norfolk, VA 23502
516680816         EDI: PRA.COM Jan 08 2020 04:03:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                  POB 41067,    Norfolk VA 23541
516685119         EDI: PRA.COM Jan 08 2020 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516677622         EDI: PRA.COM Jan 08 2020 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Overstock.com Inc,    POB 41067,   Norfolk VA 23541
516484239         EDI: Q3G.COM Jan 08 2020 04:03:00      Quantum3 Group LLC as agent for,
                  JH Portfolio Debt Equities LLC,    PO Box 788,   Kirkland, WA 98083-0788
518135468        +E-mail/Text: bncmail@w-legal.com Jan 07 2020 23:33:54       SYNCHRONY BANK,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                  SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518135467        +E-mail/Text: bncmail@w-legal.com Jan 07 2020 23:33:54       SYNCHRONY BANK,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516459091         EDI: CCS.COM Jan 08 2020 04:03:00      Sequenom Molecular Medicine, LLC,
                  Payment Processing Center,    PO Box 55126,   Boston, MA 02205-5126
516459093        +E-mail/PDF: clerical@simmassociates.com Jan 07 2020 23:35:22       Simm Associates,
                  PO Box 1259, Dept. 119823,    Oaks, PA 19456-1259
516459094        +EDI: SWCR.COM Jan 08 2020 04:03:00      Southwest Credit Systems,    PO Box 115151,
                  2629 Dickerson Parkway,    Carrollton, TX 75007-4458
516459095        +EDI: SWCR.COM Jan 08 2020 04:03:00      Southwest Credit Systems,    5910 W. Plano Parkway,
                  Plano, TX 75093-2202
516459098        +EDI: RMSC.COM Jan 08 2020 04:03:00      Syncb,   PO Box 965024,   Orlando, FL 32896-5024
516459099        +EDI: RMSC.COM Jan 08 2020 04:03:00      Syncb,   PO Box 965036,   Orlando, FL 32896-5036
516459100         EDI: RMSC.COM Jan 08 2020 04:03:00      Syncrony Bank,   PO Box 965064,   Orlando, FL 32896-5064
516459102         EDI: AISTMBL.COM Jan 08 2020 04:03:00       T-Mobile,   PO Box 742596,   Cincinnati, OH 45274
516459105         EDI: TDBANKNORTH.COM Jan 08 2020 04:03:00       TD Bank,   PO Box 8400,   Lewiston, ME 04243
516459104        +EDI: WTRRNBANK.COM Jan 08 2020 04:03:00       Target,   3901 West 53rd St.,
                  Sioux Falls, SD 57106-4221
516459107        +EDI: WFNNB.COM Jan 08 2020 04:03:00      Victoria Secret,   220 W. Schrock Rd.,
                  Westerville, OH 43081-2873
                                                                                              TOTAL: 57

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516459051*      Elizabethtown Gas,   PO Box 1450,   Elizabeth, NJ 07207-1450
516459053*     +Elizabethtown Gas,   PO Box 7242,   North Brunswick, NJ 08902-7242
516459064*     +Hyndai Motor Finance,    PO Box 7247 - 0332,   Philadelphia, PA 19170-0001
516459065*     +Hyndai Motor Finance,    PO Box 7247 - 0332,   Philadelphia, PA 19170-0001
516459067*     +JCPL,   PO Box 188,   Allenhurst, NJ 07711-0188
516459077*     +Midland Credit Management,    2365 Northside Drive, Ste. 300,   San Diego, CA 92108-2709
516459083*     +Nissan Motor,    PO Box 660360,   Dallas, TX 75266-0360
516459101*      Syncrony Bank,   PO Box 965064,   Orlando, FL 32896-5064
516459059    ##+Getler & Gomes, PC,    Two Executive Blvd., Ste. 305,   Suffern, NY 10901-8219
516686093    ##+JCP&L,   331 Newman Springs Rd.,   Bldg. 3,   Red Bank, NJ 07701-6771
                                                                                              TOTALS: 0, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 4 of 4           Date Rcvd: Jan 07, 2020
                             Form ID: 3180W           Total Noticed: 112
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
           for HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities,
           Inc. Mortgage Loan Trust, Series 2005-6 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Herbert B. Raymond    on behalf of Debtor Nijazi  Leka herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Herbert B. Raymond    on behalf of Joint Debtor Nexhmie  Leka herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Janine A. Getler    on behalf of Creditor   Community Bank of Bergen County NJ jgetler@ggpclaw.com,
           mstoll@ggpclaw.com;akrane@ggpclaw.com
          John R. Morton, Jr.    on behalf of Creditor   HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
                                                                                              TOTAL: 11
```