| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057   (856)866-0100<br>Attorney for : Hyundai Lease Titling Trust<br>Our File No.: 50334<br>JM-5630 | Order Filed on January 8, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nijazi Leka<br>Nexhmie Leka | Case No.: 16-30221 (SLM)<br>Hearing Date: 1-8-2020<br>Judge: Stacey L. Meisel<br>Chapter: 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____ Hyundai Lease Titling Trust _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏  Real property more fully described as:

☑  Personal property more fully described as:

　　2015 Hyundai Santa Fe
　　Vehicle Identification Number
　　KM8SRDHF5FU115723

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nijazi Leka  
Nexhmie Leka  
    Debtors

Case No. 16-30221-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 09, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db/jdb      +Nijazi Leka,   Nexhmie Leka,   346 Changebridge Road,   Pine Brook, NJ 07058-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
          Herbert B. Raymond   on behalf of Joint Debtor Nexhmie Leka herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
          Herbert B. Raymond   on behalf of Debtor Nijazi Leka herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
          Janine A. Getler   on behalf of Creditor   Community Bank of Bergen County NJ jgetler@ggpclaw.com, mstoll@ggpclaw.com;akrane@ggpclaw.com  
          John R. Morton, Jr.   on behalf of Creditor   HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marie-Ann Greenberg   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Nicholas V. Rogers   on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com  
          Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com  
                                                                                                                                                TOTAL: 11