Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−30221−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nijazi Leka | Nexhmie Leka |
| 346 Changebridge Road | 346 Changebridge Road |
| Pine Brook, NJ 07058 | Pine Brook, NJ 07058 |

Social Security No.:
  xxx−xx−5851                                   xxx−xx−7996

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 28, 2020</u>          <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court